LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN AMINI** and **MONA AMINI;** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **HEART SAVERS,,** <br><br> Defendant. <br><br> **JEFFERY WILENS,** <br><br> Plaintiff, <br><br> vs. <br><br> **HEART SAVERS, LLC,** <br><br> Defendant | Case No. 8:15-cv-00916-JVS-AS <br><br> **NOTICE OF SETTLEMENT OF PLAINTIFFS KEVIN AMINI AND KEVIN AMINI** |

        NOW COMES PLAINTIFFS KEVIN AMINI AND MONA AMINI, by and through their attorney to respectfully notify this Honorable Court that this case has settled as to Plaintiffs Kevin Amini And Mona Amini only. Plaintiffs request that this Honorable Court vacate all pending hearing dates and allow sixty

(60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 6th day of September, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Filed electronically on this 6th day of September, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable James V. Selna
United States District Court
Central District of California

Daniel Gene Emilio
Emilio Law Group

J Russell Tyler , Jr
J R Tyler Law

Justin G Schmidt
Emilio Law Group

This 6th day of September, 2016.

s/Todd M. Friedman
Todd M. Friedman